**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLIFTON McNEIL BROOKS, SR.

               Plaintiff,

vs.                                                 Case No. 3:08-cv-123-J-32HTS

SHANTELL NECOLE HARRIS,

               Defendant.

_____

**ORDER**

This case came before the Court on *pro se* plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to file an amended complaint to address deficiencies with his original complaint. *See* Order, Doc. 5. Plaintiff filed an Amended Complaint (Doc. 7) and a new affidavit of indigency (Doc. 8). Upon review of all of these filings, the Magistrate Judge issued a Report and Recommendation on March 27, 2008 recommending that the motion to proceed *in forma pauperis* be denied and that his complaint, even as amended, be dismissed (Doc. 9). Plaintiff did not file objections to the Report and Recommendation, but he did file a [Second] Amended Complaint (Doc. 11) and a third motion for leave to proceed *in forma pauperis* (Doc. 12). The Court has evaluated the allegations of plaintiff's [Second] Amended Complaint and finds they still fail to cure the deficiencies with plaintiff's amended complaint and do not set forth any additional grounds upon which the case could be maintained.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 9), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 9) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motions for Leave to Proceed *In Forma Pauperis* (Docs. 2, 8, 12) are **DENIED**.

3. This case is dismissed without prejudice to plaintiff filing a paid complaint. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of May, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Howard T. Snyder
United States Magistrate Judge

*pro se* plaintiff